# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY D. COOPER, SR., ) | 1:09cv0078 AWI DLB |
| ) | |
| Plaintiff, ) | ORDER VACATING INITIAL SCHEDULING CONFERENCE |
| v. ) | |
| EDWARD PAPULIAS, ) | |
| Defendant. ) | |

Plaintiff Johnny D. Cooper, Sr. ("Plaintiff"), is proceeding pro se and in forma pauperis in this action filed on January 14, 2009.

On January 23, 2009, the Court set an Initial Scheduling Conference on May 7, 2009, before the Honorable Dennis L. Beck, United States Magistrate Judge.  However, as the Court dismissed the complaint with leave to amend, an amended complaint has not been filed, and the Court has not conducted an initial review of the amended complaint, if any, pursuant to 28 U.S.C. § 1915(e)(2), a scheduling conference is premature.

Accordingly, the May 7, 2009, Initial Scheduling Conference is VACATED.

IT IS SO ORDERED.

Dated: **February 9, 2009**            **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1